[J-100-2025] [MO: McCaffery, J.]
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO FILL A VACANCY IN THE OFFICE OF COUNTY COMMISSIONER | : : : : | No. 51 MAP 2025<br><br>Appeal from the July 18, 2025, order of the Commonwealth Court at Nos. 653 and 697 CD 2025 affirming the |
| APPEAL OF: LACKAWANNA COUNTY AND WILLIAM GAUGHAN | : : : : : : | order of the Lackawanna County Court of Common Pleas at No. 2025-CV-2692.<br><br>SUBMITTED: September 23, 2025 |

**CONCURRING OPINION**

**CHIEF JUSTICE TODD**                               **DECIDED: October 20, 2025**

I agree with the majority that Pa.R.J.A. 1908 and Lackawanna County Home Rule Charter § 1-2.206 do not conflict, and that we should affirm the Commonwealth Court on that basis. As a result, in my view, we need not and should not address whether, if the provisions *did* conflict, Section 1-2.206 would violate separation of powers principles. *See Commonwealth v. Herman*, 161 A.3d 194, 209 (Pa. 2017) (applying "sound tenet of jurisprudence" that courts should avoid constitutional issues when the question may be decided on other grounds). Accordingly, I join only the majority's resolution of the conflict issue.

Justice Wecht joins this concurring opinion.